OPS 40A
(Rev. 6/05)

UNITED STATES DISTRICT COURT

# NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Immigration and Customs Enforcement ICE
Detention and Removal Operations DRO
31 Hopkins Plaza, Suite 630
Baltimore, MD 21201

**FROM:** U.S. Pretrial Services, PAE
Wm. Green Federal Office Bldg.
600 Arch St., Suite 4408
Philadelphia, PA 19106

☒ **Original Notice**

**Date:** September 21, 2026

**By:** Sean Modres

☐ **Disposition of Original Notice**

**Date:** ______

**By:** ______

---

Defendant: Cliff Sanon

Date of Birth: [redacted]

SSN: [redacted]

Case Number: 2:26-01804M-1

Place of Birth: Haiti

Alien (AA@) Number: [redacted]

---

**Notice of Court Order** (Order Date: September 21, 2026 )

☒ The above-named defendant surrendered Passport Number R11300737 (Issuing Country ) Republic of Haiti to the custody of the U.S. District Court on September 21, 2026 .

---

**NOTICE OF DISPOSITION**

The above case has been disposed of, and the above order of the court is no longer in effect.

☐ Defendant not convicted. B Document returned to defendant.

☐ Defendant not convicted. B Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted. B Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court